DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

# FILED

MAR - 4 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

ELAINE V. JEFFERSON

Chapter 13
Case No. 05-3-5267 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the
Court, unclaimed creditor payments in the amount of $36.49 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|-------|------------------------------|-------------------|
| 015 | CLERK OF THE COURT FOR CITIBANK 222 SOUTH HARBOR BLVD ., SUITE 400 ANAHEIM, CA 92805 | $36.49 |

Dated:    March 3, 2011

_____

CECILIA MARCELO
Receipts Administrator

Case: 05-35267    Doc# 49    Filed: 03/04/11    Entered: 03/09/11 17:10:28    Page 1 of 1