DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

AUG − 4 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    ELAINE V. JEFFERSON

Chapter 13
Case No. 05-3-5267 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $21.00 as follows:

Name and Address of Claimant
CLERK OF THE COURT FOR:
ELAINE V. JEFFERSON
590 FULTON STREET #J
SAN FRANCISCO, CA 94102

Unclaimed Refund
$21.00

Dated: August 3, 2011

CECILIA MARCELO
Receipts Administrator